# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal of defendant Phui. In response, defendants have fled a notice of non-opposition. Good cause appearing therefor, defendant Phui is dismissed. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to terminate Phui as a defendant to this action and update the docket accordingly.

IT IS SO ORDERED.

Dated: October 30, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1