IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are plaintiff's: (1) motion to compel discovery, ECF No. 47; (2) motion for sanctions, ECF No. 48; and (3) motion for settlement conference, ECF No. 51. In the interest of resolving all pending motions jointly, defendants shall be given 30 days to respond to plaintiff's motions.

Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to plaintiff's motions (ECF No.'s 47, 48, and 51) within 30 days of the date of this order.

Dated: May 19, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1