IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The Court has reviewed the defendants' motion to modify the scheduling order to allow additional time to file a dispositive motion. See ECF No. 52. Good cause appearing therefor, the Court grants the motion *nunc pro tunc* to June 10, 2020. Defendants' motion for summary judgement (ECF No. 56), filed on June 10, 2020, is deemed timely.

IT IS SO ORDERED.

Dated:  June 25, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1