IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion to compel (ECF No. 72). Specifically, plaintiff seeks a stay of proceedings pending the resolution of his motion to compel discovery, ECF No. 47, in order to effectively oppose defendants' motion for summary judgement, ECF No. 56. On August 4, 2020, the Court granted, in part, plaintiff's motion to compel discovery. See ECF No. 71. As part of that order, defendants were ordered to produce documents responsive to plaintiff's Request for Production No. 10 by September 3, 2020. Therefore, the Court construes plaintiff's motion as a request for additional time to oppose

///
///
///
///

1

defendants' summary judgement motion pursuant to Federal Rule of Civil Procedure 26(d)(2). Accordingly, plaintiff shall file a response to defendants' motion for summary judgement no later than October 5, 2020.

        IT IS SO ORDERED.

Dated: August 17, 2020

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE