IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On August 17, 2020, Plaintiff filed a motion for a temporary restraining order. See ECF No. 75. On September 21, 2020, Plaintiff filed a request to withdraw his motion for a temporary restraining order. See ECF No. 82. According to Plaintiff, he has refiled the pending motion in the Fresno Division of the Eastern District of California and the motion currently before this Court is therefore moot. Accordingly, Plaintiff's request to withdraw his motion (ECF No. 82) for a temporary restraining order is hereby granted. The Clerk of the Court is directed to mark Plaintiff's August 17, 2020 motion as vacated.

IT IS SO ORDERED.

Dated:  September 24, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1