**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Defendants' response to the Court's November 20, 2020, order to show cause. ECF No. 95.

Plaintiff served requests for production on Defendants and, unsatisfied with Defendant's responses, filed a motion to compel on March 23, 2020. ECF No. 47. On August 4, 2020, the Court ordered Defendants to produce documents relating to Plaintiff's request for production (RFP) 10, which requested documents relating to misconduct complaints against Defendants. See ECF No. 71 at 11–13. Defendants submitted a supplemental response as ordered, but the Court found that it was inadequate because Defendants only produced documents relating to Defendant Lizzaraga. ECF No. 93 at 3–4. The Court ordered Defendants to show cause why sanctions should not be imposed for failing to fully and in good faith comply with the Court's August 4, 2020, order compelling discovery. Id. at 4.

In their response to the Court's show cause order, Defendants explain that they located no other records regarding Defendant Lizzaraga or the other Defendants that are responsive to RFP 10. ECF No. 95 at 3–4. Defense counsel also submits a declaration in support of Defendants' response to the Court's show cause order. ECF No. 95-1. Defense counsel states that, in producing the above-noted records, he believed he was complying with the Court's August 4, 2020, order. Id. at 3. He asserts that, Defendants inadvertently failed to state that no other responsive records regarding Defendant Lizzaraga or the other named Defendants had been located, and that he did not intend to mislead the Plaintiff or the Court. Id.

The Court accepts Defendants' and defense counsel's response to the Court's show cause order. The Court is satisfied that no bad faith exists, and that Defendants believed they were complying with the Court's instructions in good faith. For good cause shown, the Court's show cause order (ECF No. 93) is discharged. No sanctions are imposed.

IT IS SO ORDERED.

Dated: January 21, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2