1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11   CURTIS LEE HENDERSON, SR.,                    No.  2:18-CV-2181-JAM-DMC-P

12              Plaintiff,

13        v.                                        <u>ORDER</u>

14   JOE LIZZARAGA, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  On August 25, 2021, the Court issued findings and recommendations that this

19   action be dismissed without prejudice for failure to timely file a status report in compliance with

20   the Court's July 19, 2021, order.  Plaintiff filed objections to the August 25, 2021, findings and

21   recommendations in which he states that he hand-delivered his status report to prison officials for

22   mailing to the Court and does not know why it was not mailed and filed.  <u>See</u> ECF No.118.  Good

23   cause appearing therefor, the August 25, 2021, findings and recommendations will be vacated and

24   Plaintiff will be provided an opportunity to re-submit his status report.

25   / / /

26   / / /

27   / / /

28   / / /

1

Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations issued on August 25, 2021, are vacated; and

    2.    Within 30 days of the date of this order Plaintiff shall submit a status report in compliance with the Court's July 19, 2021, order.


Dated:  October 4, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2