**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-JAM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The order re-issued on September 29, 2021, ECF No. 120, is vacated having been re-issued in error.

IT IS SO ORDERED.

Dated:  October 4, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1