**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 123, for clarification of the order issued on September 29, 2021, at ECF No. 120. The September 29, 2021, order was vacated as a prior order re-issued in error. For this reason, Plaintiff's motion for clarification of the September 29, 2021, order is denied as moot.

IT IS SO ORDERED.

Dated: December 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1