**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion in limine. See ECF No. 119.

In December 2021, the Court directed the parties to file separate pre-trial statements. See ECF No. 127. The Court stated that, following submission of the parties' pre-trial statements, the Court would conduct a pre-trial conference on the file and then issue a final pre-trial order. See id. In the final pre-trial order, the Court will outline procedures and deadlines for motions in limine to be heard by the assigned District Judge in advance of trial.

Plaintiff's current motion, filed before the Court has conducted a pre-trial conference or

/ / /

/ / /

/ / /

/ / /

1

issued a final pre-trial order, is premature and will be denied as such, without prejudice to renewal pursuant to procedures and deadlines the Court will establish in the final pre-trial order.

IT IS SO ORDERED.

Dated:  July 22, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE