1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CURTIS LEE HENDERSON, SR.,              No.  2:18-cv-02181-DAD-DMC (PC)

12              Plaintiff,

13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DENYING
14   JOE LIZZARAGA, et al.,                  PLAINTIFF'S MOTION FOR SUMMARY
                                             JUDGMENT
15              Defendants.
                                             (Doc. Nos. 131, 135)
16

17        Plaintiff Curtis Lee Henderson, Sr. is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action filed pursuant to 42 U.S. § 1983.  This matter was referred to a

19   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 22, 2022, the assigned magistrate judge issued findings and recommendations

21   recommending that plaintiff's motion for summary judgment (Doc. No. 131) be denied as

22   untimely filed because plaintiff filed the pending motion on February 11, 2022, which is twenty

23   months after the dispositive motion filing deadline of June 10, 2020 set by the scheduling order in

24   this case.[1]  (Doc. No. 135.)  Those findings and recommendations were served on the parties and

25   contained notice that any objections thereto were to be filed within fourteen (14) days of service.

26

27   [1] The reference in findings and recommendations to "eight" months appears to have been an
     error.  (Doc. No. 135 at 2.)  There are in fact twenty months between June 10, 2020 and February
28   11, 2022.

                                         1

1   (*Id.* at 2.)  On August 5, 2022, plaintiff filed objections to the pending findings and

2   recommendations.  (Doc. No. 138.)  Defendants did not file objections of their own or a response

3   to plaintiff's objections to the pending findings and recommendations.[2]

4          In his objections, plaintiff does not dispute that his motion for summary judgment was

5   untimely filed, nor does he explain why he did not file his motion before the deadline set by the

6   court in the scheduling order for the filing of dispositive motions in this case.  Rather, plaintiff

7   asserts that the magistrate judge is biased against him, and he reiterates his arguments on the

8   merits of his untimely filed motion for summary judgment.  (Doc. No. 138 at 2–4.)  Accordingly,

9   plaintiff's objections do not provide any basis upon which to reject the pending findings and

10  recommendations.

11         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

12  *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's

13  objections, the court finds the findings and recommendations to be supported by the record and

14  by proper analysis.

15         Accordingly,

16    1.     The findings and recommendations issued on July 22, 2022 (Doc No. 135) are

17           adopted;

18    2.     Plaintiff's motion for summary judgment (Doc. No. 131) is denied as untimely;

19           and

20    3.     This action is referred back to the assigned magistrate judge for further

21           proceedings.

22         IT IS SO ORDERED.

23  Dated:   __**November 10, 2022**__                    _____

24                                                        UNITED STATES DISTRICT JUDGE

25

26

27

28  _____
    [2]  This case was reassigned to the undersigned district judge on August 25, 2022.  (Doc. No. 140.)