IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's retaliation claims have survived summary judgment and the parties have submitted pre-trial statements. This matter is now ready to be set for trial before the District Judge. Pending before the Court is Plaintiff's motion, ECF No. 142, requesting that the case be set for a settlement conference prior to trial. Plaintiff's motion will be granted subject to Defendant's right to file a motion to opt-out and proceed to trial.

IT IS SO ORDERED.

Dated: December 20, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE