UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> JOE LIZZARAGA, et al., <br><br> Defendants. | No. 2:18-cv-02181-DAD-DMC (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF <br><br> (Doc. Nos. 152, 156, 159) |

Plaintiff Curtis Lee Henderson, Sr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2023, plaintiff filed a motion for injunctive relief, specifically asking the court to order the warden of the Substance Abuse Treatment Facility ("SATF") to forward plaintiff's property to the Fresno County Jail where he has been recently transferred to, and on July 31, 2023, plaintiff filed a motion for injunctive relief asking the court to order the Fresno County Sherriff to grant him access to the law library at the jail. (Doc. Nos. 152, 156.) On November 6, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for preliminary injunctive relief be denied because the SATF warden and the Fresno County Sherriff are not parties to this action, and plaintiff had not demonstrated a likelihood of success on the merits of the claims raised in this action nor that he would suffer

1 irreparable injury absent the injunctive relief requested. (Doc. No. 159.) The pending findings
2 and recommendations were served on the parties and contained notice that any objections thereto
3 were to be filed within fourteen (14) days after service. (*Id.* at 3.) On November 29, 2023,
4 plaintiff filed objections to the pending findings and recommendations. (Doc. No. 160.)
5 Defendants did not file a response to plaintiff's objections.

6       In his objections, plaintiff acknowledges that the SATF warden and the Fresno County
7 Sherriff are not parties to this action, but he contends that "the balance of hardships tips in [his]
8 favor" because he is incarcerated. (*Id.* at 3.) Plaintiff's objection is unavailing, however, because
9 the requirements for obtaining an order granting injunctive relief are the same regardless of
10 whether the litigant seeking relief is in custody. Accordingly, plaintiff's objections simply
11 provide no basis upon which to reject the pending findings and recommendations.

12       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
13 court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,
14 including plaintiff's objections, the court finds the findings and recommendations to be supported
15 by the record and proper analysis.

16       Accordingly,

17       1.     The findings and recommendations issued on November 6, 2023 (Doc. No. 159)
18              are adopted in full;

19       2.     Plaintiff's motions for injunctive relief (Doc. Nos. 152, 156) are denied; and

20       3.     This matter is referred back to the assigned magistrate judge for further
21              proceedings.

22       IT IS SO ORDERED.

23 Dated:   **January 26, 2024**
24                                              DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE