IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE HENDERSON, SR., | No. 2:18-CV-2181-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| K. ANCHETA, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties have submitted pre-trial statements and, on referral from the District Judge, the undersigned will issue a final pre-trial order separately on the papers. By this order, the Court grants Plaintiff's motion for trial-setting and sets dates for a trial confirmation hearing before the District Judge and for commencement of a jury trial before the District Judge, such dates to also be reflected in the final pre-trial order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. A trial confirmation hearing is set for July 9, 2024, at 1:30 p.m., via Zoom before the District Judge.

2. A seven-day jury trial is set to commence on August 5, 2024, at 9:00 a.m., before the District Judge in Sacramento, California.

Dated:  March 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE