UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON, SR.,

    Plaintiff,

                          No. 2:18-CV-2181-DAD-DMC-P

  v.

JOE LIZZARAGA, et al.,

    Defendants.           **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Curtis Lee Henderson, Sr., booking # 0209121, a necessary and material witness in proceedings in this case on July 9, 2024, is confined in Fresno County Jail, in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Dale A. Drozd, to appear by Zoom video conference from his place of confinement, on July 9, 2024, at 1:30 p.m.

Accordingly, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian to produce the inmate named above, by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court. Zoom video conference connection information will be supplied via separate email;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. Any difficulties connecting to the Zoom video conference shall immediately be reported to Pete Buzo, Courtroom Deputy, at PBuzo@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Sheriff, Fresno County Jail, P.O. Box 872, Fresno, California 93712:**

**WE COMMAND** you to produce the inmate named above to testify at the time and place above, by Zoom video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 18, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE