UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LEE HENDERSON, SR.,

Plaintiff,

v.

JOE LIZZARAGA, et al.,

Defendants.

No.  2:18-cv-02181-DAD-DMC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

(Doc. Nos. 199, 203)

Plaintiff Curtis Lee Henderson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's renewed motion for relief from judgment (Doc. No. 199) be denied.  (Doc. No. 203.)  Specifically, the magistrate judge concluded that plaintiff's renewed motion for relief from judgment should be denied because the parties settled this case and filed a stipulation for voluntary dismissal back on April 2, 2025, thereby closing the case.  (*Id.* at 1–2.)  Moreover, the magistrate judge noted, plaintiff's pending motion was not based upon a challenge to the parties' settlement agreement or any aspect of it, but was instead aimed at challenging the

////

1

magistrate judge's 2021 and 2022 findings and recommendations addressing summary judgment motions filed by the parties.  (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.      The findings and recommendations issued on February 2, 2026 (Doc. No. 203) are adopted in full;

2.      Plaintiff's renewed motion for relief from judgment (Doc. No. 199) is denied; and

3.      The Clerk of the Court is directed to once again close this case.

IT IS SO ORDERED.

Dated:    **March 12, 2026**                  _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2